UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SAUL BAUTISTA MARTINEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>NUVISION CREDIT UNION,<br><br>         Defendant. | Case No.:  8:24-cv-02422-AH-JDEx<br><br>**FINAL JUDGMENT  [JS-6]** |

After holding a Final Approval Hearing on December 10, 2025, the Court granted Plaintiff's Motion for Final Approval of Class Settlement, Dkt. No. 29, and Motion for Approval of Attorneys' Fees, Costs, and Service Award, Dkt. No. 28. As discussed in the Final Approval Order, this action has been settled in its entirety and the Court HEREBY ORDERS, ADJUDGES, AND DECREES the following regarding the Settlement Agreement and Release ("Settlement Agreement") and related matters:

1. All terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all parties to the action.

3. By entering this Order, the Court does not make any determination as to the merits of this case.

4. The Court GRANTS certification of the Class for settlement purposes for the reasons discussed in the Court's Final Approval Order. Class Members are hereby defined to include: "The 35 individuals who, according to Defendant's records, applied for a Consumer Credit Product with Defendant from November 6, 2022 through May 2025; were legally residing in the State of California at the time they applied; and were denied such credit products because of their immigration or citizenship status at the time that they applied."

5. The Court GRANTS final approval of the Settlement Agreement as fair, adequate, and reasonable for the reasons discussed in the Final Approval Order. The Court APPROVED distribution of the gross settlement amount of $160,300 in the manner set forth in the Settlement Agreement.

6. The Court GRANTS the request for attorney's fees and costs in the amount of $40,000, to be paid in accordance with the terms set forth in the Settlement Agreement.

7. The Court GRANTS the request for a class representative service award in the amount of $5,000, to be paid in accordance with the terms and methodology set forth in the Settlement Agreement.

8. The Court GRANTS the request for settlement administration costs in the amount of $3,300, to be paid in accordance with the terms and methodology set forth in the Settlement Agreement.

9. The Court APPROVED the form and means of disseminating the Class Notice as provided for in the Preliminary Approval Order.

10. The Class Members have had a full and fair opportunity to object and exclude themselves from the Settlement. Accordingly, all Class Members who did not timely and validly opt out are bound by the Settlement Agreement and by this Court's Order and Judgment.

11. Final Judgment is entered with respect to the Released Claims of all Class Members, and the Released Claims in the Action are dismissed in their entirety with prejudice and without costs. The Releasors shall be deemed to have, and by operation of the Judgment shall have, fully, finally and forever released, relinquished and discharged all Released Claims (including Unknown Claims) against the Defendant Releasees.

12. The Parties will file a Final Report with this Court documenting the disbursement of the Settlement Fund within ten (10) days of the checks sent to Class Members having gone stale. Within thirty (30) days after filing the Final Report with this Court the total amount of uncashed checks, and residual amounts held by the Claims Administrator at the time of the Final Report, shall be paid by the Claims Administrator to a Cy Pres fund that is appropriate for the case and agreed to by the Parties, and which shall be approved by the Court.

15. After entry of this Final Approval Order and Judgment, the Court shall retain jurisdiction to enforce the Settlement Agreement and the Final Approval Order and Judgment.

Accordingly, pursuant to Fed. R. Civ. P. 58 and subject to the Court's continuing jurisdiction with respect to any issues that may arise as to the implementation of the Settlement Agreement and related matters, the Clerk of the Court is directed to enter this Final Judgment.

IT IS SO ORDERED.

Dated: December 11, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE